### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV4223           Assigned/Issued By: AEE

Judge Name: MAROVICH           Designated Magistrate Judge: BROWN

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
                                             _____
☐ Wage-Deduction Garnishment Summons         _____
                                             *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                             ☐ Other
☐ Writ _____          _____
        (Type of Writ)                       _____
                                             (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                  (Date)
_____
_____