# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Leilani Sulit v. First Chicago Mortgage,    Case Number:    08 CV 4223

et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Wilmette Title Services, Inc., a/k/a Cambridge Title

| | |
|---|---|
| NAME (Type or print)<br>Roger H. Simon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/Roger H. Simon | |
| FIRM  Evanston Main Law Office | |
| STREET ADDRESS 1560 Sherman Avenue, Suite #301 | |
| CITY/STATE/ZIP Evanston, IL 60201 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2614286 | TELEPHONE  NUMBER  847-475-4474 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                              APPOINTED COUNSEL | |